ary 8, 1907.) Action by Charles G. Cornell, Jr., and another against Mary E. Waydell and another. A. B. Nathan, for appellants. H. W. Jessup, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CROW v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by William L. Crow against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, with $10 costs. Order filed.

CULLEN, Appellant, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department, January 11, 1907.) Action by James F. Cullen against Theodore A. Bingham and others. No opinion. Order affirmed, with $10 costs and disbursements.

CUNNINGHAM, Respondent, v. GOULD PAPER CO., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Mary Cunningham, as, etc., against the Gould Paper Company and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CUPPLES, Respondent, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 11, 1907.) Action by Martin L. Cupples against Patrick Ryan and another. F. E. Fishel, for appellants. L. E. Rogers, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

DE FOREST, Appellant, v. DE FOREST, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Lee De Forest against Lucile De Forest. M. Stiles, for appellant. W. E. Kisselburgh, for respondent. No opinion. Order modified by reducing alimony to $15 a week, and by reducing counsel fee to $75, and, as so modified, affirmed, without costs. Settle order on notice.

In re DELANCEY ST. (Supreme Court, Appellate Division, First Department, January 29, 1907.) In the matter of Delancey street. No opinion. Motion denied, without costs. Settle order on notice.

DENISON, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Henry Denison against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.
(116 App. Div. 926)

DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent, v. HECKER–JONES–JEWELL MILLING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by the department of health of the city of New York against the Hecker-Jones-Jewell Milling Company. No opinion. Judgment of the Municipal Court affirmed, with costs, on the authority of City of Brooklyn v. Nassau Electric R. Co., 44 App. Div. 462, 61 N. Y. Supp. 33, and City of New York v. Johns-Manville Co., 89 App. Div. 449, 85 N. Y. Supp. 757.

DICKINSON, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, First Department, January 11, 1907.) Action by Grace G. Dickinson against William I. Seaman, impleaded. H. D. Luce, for appellant. A. E. Blackmar, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DILL, Respondent, v. DILL, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Henry E. Dill against Caroline Dill.

PER CURIAM. Order affirmed, without costs.

PARKER, P. J., not sitting.

DIPIETRO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Mariarosa Dipietro against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $100, as of the date of the rendition thereof, in which event the judgment as so modified and orders are affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., vote for reversal, on the ground that there is no evidence which would entitle the plaintiff to a recovery for humiliation, which was the only question of damage submitted to the jury.

DOBSON, Respondent, v. VILLAGE OF ONEIDA, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Victoria B. Dobson against the village of Oneida.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

PARKER, P. J., not sitting.

DONOVAN, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Richard J. Donovan against William R. Weed and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, and stay vacated.

DORNER, Respondent, v. NEW YORK CENT. & H. R. R CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Della Dorner, an infant, etc., against the New York Central & Hudson River Railroad Company.